THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL VEZBAN, Appellant.*— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Hagarty, Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial on the ground that the identification of defendant was not proved beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN WEINSTEIN, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL WOLFF UNITED STATES AND FOREIGN DETECTIVE BUREAU, INC., Relator, v. SAMUEL B. CRANE and Others, Constituting the Board of Supervisors of the County of Putnam, Respondents.— Certiorari proceeding sustained, determination annulled, and matter remitted to the board of supervisors with directions that they audit the relator's account pursuant to law. The account approved by the district attorney seems reasonable in the circumstances, and the action of the board in reducing the items was arbitrary and not justified by the evidence. The relator is entitled to reasonable compensation for its services and disbursements. (People ex rel. Watts. v. Board of Supervisors, 170 App. Div. 334.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ONOFRIO RUSSO, as Administrator, etc., of GAETANO RUSSO, Deceased, Respondent, v. WATERFRONT STEVEDORING CORPORATION, Defendant, and DEN NORSKE AMERIKA LINJE, A/S, Appellant.— Order in so far as it grants plaintiff's motion to serve an amended complaint and an amended bill of particulars affirmed, with ten dollars costs and disbursements; the amended papers to be served and the costs prescribed in the order to be paid within five days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

JOSEPHINE SARGENT, Respondent, v. PELHAM MANOR HOMES, INC., Appellant.— Order denying motion to vacate lis pendens affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

SAMUEL SHAPIRO, Respondent, v. PRESS PUBLISHING Co., INC., Appellant.— Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. We are passing upon a question of pleading only. The complaint alleges communication of the plan to defendant for a consideration to be paid if accepted. The plan or idea, if novel and of value, was sufficient consideration if there was an agreement to pay. (Keller v. American Chain Co., Inc., 255 N. Y. 94; Haskins v. Ryan, 75 N. J. Eq. 330, 332; Cobb v. Cowdery, 40 Vt. 25.) Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.